UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Tirozzi et.al.** ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. 20-30065-MGM |
| ) | |
| ) | |
| **Lakeland Tours, LLC.** ) | |
| Defendant, ) | |

ORDER OF DISMISSAL

May 27, 2022

**MASTROIANNI, U.S.D.J.**

   Pursuant to the court's electronic order of May 27, 2022 it is hereby ordered that this case be closed.

   It is so ordered.

                                      /s/ Mark G. Mastroianni
                                      U.S. District Court Judge